Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND TRADING, INC., a New York Corporation; ROSS STORES, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV12-9228-GHK (RZx)<br>*Hon. George H. King Presiding*<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:  None Set<br>Final Pretrial Conf.: None Set |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the parties to this action have fully resolved all disputes at issue in this case and expect to formalize and complete said settlement and file a dismissal of this action within thirty-five (35) days. So owing, the parties

1
**NOTICE OF SETTLEMENT**

respectfully request that the current dates and deadlines be vacated so that the parties can finalize the terms of the agreement and file the dismissal.

Dated: April 2, 2013			By:	/s/ Annie Aboulian
						Stephen M. Doniger, Esq.
						Annie Aboulian, Esq.
						DONIGER / BURROUGHS
						Attorneys for Plaintiff